IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE ROJAS

Defendant.

CRIM. NO. 04-245 (SEC)

### FINAL ORDER OF FORFEITURE

WHEREAS, January 11, 2005, this Court entered a Preliminary Order of Forfeiture,

AND WHEREAS, by doing so defendant agreed to forfeit to the United States and to relinquish all rights, title and interest of the following property:

### $42, 629.00 IN UNITED STATES CURRENCY

AND WHEREAS, on January 19, 26 and February 6, 2005, the United States published in El Nuevo Día, a newspaper of general circulation in the island of Puerto Rico, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, As to this date no claim has been filed, 18 U.S.C. § 982(b)(1)(A), referring to 21 U.S.C. § 853 of the Federal Rules of Criminal Procedure;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That based upon the failure of timely filing a claim, any and all of the defendant's interest in the below described property is hereby forfeited to the United States, and shall be disposed of according to law.

2. That the following property, which is the subject of this Order, is hereby condemned

and forfeited to the United States of America:

## $42, 629.00 IN UNITED STATES CURRENCY

3. That any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposit, as well as any income derived as a result of the Customs and Immigration Enforcement management of any property forfeited herein, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale, and disposition of the forfeited property, shall be deposited forthwith by the Customs and Immigration Enforcement into the Asset Forfeiture Fund in accordance with Title 28 U.S.C. § 524(c) and Title 18 U.S.C. § 982.

The Clerk is hereby directed to send **certified copies** of this Order to all counsel of record and the Immigration and Customs Enforcement.

SO ORDERED.

In San Juan, Puerto Rico, this 8th day of September, 2008.

SALVADOR E. CASELLAS
UNITED STATES DISTRICT JUDGE